IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| ANTHONY GALLEGOS, OLEN C. PRIDDY, SHEILA CAVITT-OLGUIN, TYLER KEMP, DEBORAH LEYBA, ROSE ANNA MARQUEZ, DANIEL JOSLIN, GREGORY LUNGSTRUM, JUANITA MAESTAS, CANDACE SEAVERNS ON BEHALF OF THE SEAVERNS FAMILY LIVING TRUST, RICHARD OGOREK, JUANITA HERRERA-ROMERO,<br><br>*Plaintiffs/Petitioners,*<br><br>v.<br><br>FEDERAL EMERGENCY MANAGEMENT AGENCY, and DOES 1-20, INCLUSIVE,<br><br>*Defendants/Respondents.* | No. 24-cv-00170-JB-JFR |

### NOTICE OF GOOD STANDING

**Please take notice** Out of District Counsel Alicia Zimmerman for Plaintiffs is in good standing in front of all Courts she currently practices.

Dated: April 30, 2025

Respectfully submitted:

SINGLETON SCHREIBER, LLP

*/s/ Brian S. Colón*
Brian S. Colón
6501 Americas Pkwy NE, Ste 670
Albuquerque, NM 87110
Phone: (505) 437-5066
bcolon@singletonschreiber.com

*Attorney for Plaintiffs*

## Certificate of Service

      I hereby certify that on April 30, 2025, I filed the foregoing pleading electronically through the CM/ECF system which caused all parties or counsel to be served by electronic means as more fully reflected on the Notice of Electronic Filing.

                                          */s/ Brian S. Colón*
                                          Brian S. Colón