IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANTHONY GALLEGOS; OLEN C. PRIDDY;
SHEILA CAVITT-OLGUIN; TYLER KEMP;
DEBORAH LEYBA; ROSE ANNA
MARQUEZ; DANIEL JOSLIN; GREGORY
LUNGSTRUM; JUANTIA MAESTAS;
CANDACE SEAVERNS on behalf of the
Seaverns Family Living Trust; RICHARD
OGOREK; JUANTIA HERRERA-ROMERO,

    Plaintiffs,

vs.    No. CIV 24-0170 JB/JFR

FEDERAL EMERGENCY MANAGEMENT
AGENCY, DOES 1-20, inclusive,

    Defendants.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Memorandum Opinion and Order, filed July 21, 2025 (Doc. 74)("MOO"). In the MOO, the Court evaluates the Plaintiffs' judicial review requests and orders Defendant Federal Emergency Management Agency to pay: (i) $11,118.58 to Plaintiff Anthony Gallegos, which includes $9,000.00 in noneconomic nuisance damages; (ii) $206,991.36 to Plaintiff Olen C. Priddy, which includes $150,000.00 in noneconomic nuisance damages; (iii) $314,198.68 to Plaintiff Sheila Cavitt-Olguin, which includes $215,000.00 in noneconomic nuisance damages; (iv) $31,146.35 to Plaintiff Tyler Kemp, which includes $24,000.00 in noneconomic nuisance damages; (v) $269,782.43 to Plaintiff Deborah Leyba, which includes $100,000.00 in noneconomic nuisance damages and $169,782.43 in reforestation damages; (vi) $15,112.35 to Plaintiff Rose Anna Marquez, which includes $12,000.00 in noneconomic nuisance damages; (vii) $330,000.00 in noneconomic nuisance damages to Plaintiff Daniel Joslin; (viii) $1,661,794.88 to Plaintiff Gregory Lungstrum, which includes $300,000 in

noneconomic nuisance damages, $1,035,608.83 in reforestation damages, and $326,186.05 in road regrading and erosion damages; (ix) $86,490.24 to Plaintiff Juanita Maestas, which includes $35,000.00 in noneconomic nuisance damages; (x) $1,203,921.32 to Plaintiff Candace Seaverns, which includes $250,000.00 in noneconomic nuisance damages and $953,921.32 in road regrading and erosion damages; (xi) $353,986.11 to Plaintiff Richard Ogorek, which includes $270,000.00 in noneconomic nuisance damages; and (xii) $266,460.24 to Plaintiff Juanita Herrera-Romero, which includes $180.000.00 in noneconomic nuisance damages. See MOO at 1-3. With no more claims, parties, or issues before the Court, the Court enters, pursuant to rule 58(a) of the Federal Rules of Civil Procedure, Final Judgment, disposing of this civil case.

**IT IS ORDERED** that: (i) Defendant Federal Emergency Management Agency's awards to the Plaintiffs are modified; (ii) FEMA shall pay: (a) $11,118.58 to Plaintiff Anthony Gallegos, which includes $9,000.00 in noneconomic nuisance damages; (b) $206,991.36 to Plaintiff Olen C. Priddy, which includes $150,000.00 in noneconomic nuisance damages; (c) $314,198.68 to Plaintiff Sheila Cavitt-Olguin, which includes $215,000.00 in noneconomic nuisance damages; (d) $31,146.35 to Plaintiff Tyler Kemp, which includes $24,000.00 in noneconomic nuisance damages; (e) $269,782.43 to Plaintiff Deborah Leyba, which includes $100,000.00 in noneconomic nuisance damages and $169,782.43 in reforestation damages; (f) $15,112.35 to Plaintiff Rose Anna Marquez, which includes $12,000.00 in noneconomic nuisance damages; (g) $330,000.00 in noneconomic nuisance damages to Plaintiff Daniel Joslin; (h) $1,661,794.88 to Plaintiff Gregory Lungstrum, which includes $300,000 in noneconomic nuisance damages, $1,035,608.83 in reforestation damages, and $326,186.05 in road regrading and erosion damages; (i) $86,490.24 to Plaintiff Juanita Maestas, which includes $35,000.00 in noneconomic nuisance damages; (j) $1,203,921.32 to Plaintiff Candace Seaverns, which includes $250,000.00 in noneconomic nuisance damages and $953,921.32 in road regrading and erosion damages;

- 3 -

(k) $353,986.11 to Plaintiff Richard Ogorek, which includes $270,000.00 in noneconomic nuisance damages; and (l) $266,460.24 to Plaintiff Juanita Herrera-Romero, which includes $180.000.00 in noneconomic nuisance damages; and (iii) Final Judgment is entered.

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

Brian S. Colon
Alexander F. Flores
Jacob Payne
Singleton Schreiber
Albuquerque, New Mexico

-- and --

Gerald Singleton
Benjamin Siminou
Jonna D. Lothyan
Krystle D. Berkstresser
Paul Starita
Alicia Zimmerman
Singleton Schreiber
San Diego, California

    *Attorneys for the Plaintiffs*

Ryan Ellison
  United States Attorney
Nicholas Sydow
Carrie Yang
Rafael Go
  Assistant United States Attorneys
United States Attorney's Office
Albuquerque, New Mexico

    *Attorneys for the Defendant*