IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| ANTHONY GALLEGOS, OLEN C. PRIDDY, SHEILA CAVITT-OLGUIN, TYLER KEMP, DEBORAH LEYBA, ROSE ANNA MARQUEZ, DANIEL JOSLIN, GREGORY LUNGSTRUM, JUANITA MAESTAS, CANDACE SEAVERNS ON BEHALF OF THE SEAVERNS FAMILY LIVING TRUST, RICHARD OGOREK, JUANITA HERRERA-ROMERO,  *Plaintiffs/Petitioners*,  v.  FEDERAL EMERGENCY MANAGEMENT,  *Defendants/Respondents*. | No. 24-cv-00170-JB-JFR |

**PLAINTIFFS' NOTICE OF EXTENSION OF REPLY AND RESPONSE DATE**

1

Plaintiffs/Petitioners hereby provide notice that Plaintiffs/Petitioners and Defendants/Respondents have agreed to extend the due date for Plaintiffs/Petitioners reply in support of their motion to clarify the judgment and response to FEMA's cross-motion to clarify the judgment.

Pursuant to District of New Mexico Local Rule 7.4, Plaintiffs/Petitioners' reply and response will now be due on September 23, 2025. This agreed-upon extension does not interfere with any existing case management deadlines.

| | |
|---|---|
| Dated: September 15, 2025 | Respectfully submitted:<br>SINGLETON SCHREIBER, LLP<br><br>*/s/ Jonna D. Lothyan*<br>Gerald B. Singleton<br>Benjamin I. Siminou<br>Jonna D. Lothyan<br>SINGLETON SCHREIBER LLP<br>591 Camino de la Reina, Ste 1025<br>San Diego, CA 92108<br>(619) 704-3288<br>*gsingleton@singletonschreiber.com*<br>*bsiminou@singletonschreiber.com*<br>*jlothyan@singletonschreiber.com*<br><br>Brian Colón<br>Jacob Payne<br>SINGLETON SCHREIBER LLP<br>6501 Americas Pkwy. NE, Ste. 670<br>Albuquerque, NM 87110<br>(505) 587-3473<br>*bcolon@singletonschreiber.com*<br>*jpayne@singletonschreiber.com*<br><br>Counsel for Plaintiffs |

3

## CERTIFICATE OF SERVICE

     I hereby certify that on September 15, 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to each of the parties of record.

                                      SINGLETON SCHREIBER, LLP

                                      */s/ Jonna D. Lothyan*
                                      Jonna D. Lothyan

3